**George Wesley FISHER,**
**Plaintiff–Appellant**

v.

**Barry NELSON, Judge James Carlow,**
**Velma Moore, Bowie County Clerk,**
**Defendants–Appellees.**

No. 14–41376
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 12, 2015.

George Wesley Fisher, New Boston, TX, pro se.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

Pro se plaintiff George Fisher was involved in probate proceedings in Bowie County Court from 2006–2009. After an unsatisfactory outcome, Fisher brought a state court lawsuit accusing the presiding judge in that case of bias. Fisher's complaint was dismissed and he subsequently filed this § 1983 action in federal court repeating his allegations of bias and seeking reversal of the judgment in the probate dispute. The district court dismissed the case for lack of subject matter jurisdiction pursuant to the *Rooker–Feldman* doctrine. *See Liedtke v. State Bar of Tex.,* 18 F.3d 315, 317 (5th Cir.1994) ("Absent specific law otherwise providing, that doctrine directs that federal district courts lack jurisdiction to entertain collateral attacks on state court judgments."). Fisher has failed to provide any reason why the district court's determination was in error. Accordingly, his appeal is DISMISSED.[1]

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. Fisher's motion to modify the caption of this case is DENIED.